## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carter, Lawrence J | Case Number: 07 B 05918 |
| | Judge: Squires, John H |
| Printed: 7/22/08 | Filed: 4/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: May 21, 2008
Confirmed: June 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,045.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 987.19 |
| Trustee Fee: | | 57.81 |
| Other Funds: | | 0.00 |
| Totals: | 1,045.00 | 1,045.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 1,576.00 | 987.19 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 156.94 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 11.82 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 59.37 | 0.00 |
| 6. | Asset Acceptance | Unsecured | | No Claim Filed |
| 7. | Cook County Circuit Court | Unsecured | | No Claim Filed |
| 8. | Glen Oaks Hospital | Unsecured | | No Claim Filed |
| 9. | Village of Maywood | Unsecured | | No Claim Filed |
| 10. | Asset Acceptance | Unsecured | | No Claim Filed |
| 11. | DuPage County Clerk | Unsecured | | No Claim Filed |
| 12. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 13. | SBC | Unsecured | | No Claim Filed |
| | | | $ 1,864.13 | $ 987.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 49.68 |
| 6.5% | 8.13 |
| | $ 57.81 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carter, Lawrence J

Printed:  7/22/08

Case Number:  07 B 05918

Judge:  Squires, John H

Filed:  4/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

